RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for James Allen Govoreau

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00816-DJA |
| Plaintiff, | |
| v. | ORDER **TO CONTINUE BENCH TRIAL** (Third Request) |
| JAMES ALLEN GOVOREAU, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Angelica Marmorstein, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for James Allen Govoreau, that the bench trial currently scheduled on October 26, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.    Counsel and the government are close to a potential resolution and request additional time to finalize.

2.    Counsel will be out of jurisdiction.

3.      The defendant is not in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the third request for a continuance of the bench trial.

DATED this 21st day of October, 2022.


RENE L. VALLADARES                     JASON M. FRIERSON
Federal Public Defender                United States Attorney


By /s/ Navid Afshar                    By /s/ Angelica Marmorstein
NAVID AFSHAR                           ANGELICA MARMORSTEIN
Assistant Federal Public Defender      Assistant United States Attorney

2

1

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3

4      UNITED STATES OF AMERICA,                Case No. 2:21-mj-00816-DJA

                        Plaintiff,

5                                                **<u>ORDER</u>**

           v.

6

       JAMES ALLEN GOVOREAU,

7

                        Defendant.

8

9

10          IT IS THEREFORE ORDERED that the bench trial currently scheduled for

11    Wednesday, October 26, 2022 at 9:00 a.m., be vacated and continued to
      December 28, 2022, at 9:00 a.m., Courtroom 3A.

12                      24th
            DATED this ___ day of October, 2022.

13

14

15    _____

16    DANIEL J. ALBREGTS
      U.S. Magistrate Judge

17

18

19

20

21

22

23

24

25

26

3