RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for James Allen Govoreau

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES ALLEN GOVOREAU,<br><br>    Defendant. | Case No. 2:21-mj-00816-DJA<br><br>ORDER TO CONTINUE STATUS HEARING<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for James Allen Govoreau, that the Status Hearing currently scheduled on September 1, 2023 at 11:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.  Mr. Govoreau paid the fine on April 20, 2023. *See* ECF No. 23. Mr. Govoreau needs additional time to complete the remaining classes.

2.  Mr. Govoreau is not in custody and agrees with the need for the continuance.

3.   The parties agree to the continuance.

This is the first request for a continuance of the status hearing.

DATED this 31st day of August, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Imani Dixon<br>IMANI DIXON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES ALLEN GOVOREAU,<br><br>　　　　　Defendant. | Case No. 2:21-mj-00816-DJA<br><br>**ORDER** |

**Status Hearing**

IT IS THEREFORE ORDERED that the ~~bench trial~~ currently scheduled for Friday, September 1, 2023, at 11:30 a.m., be vacated and continued to December 15, 2023, at 11:30 a.m., Courtroom 3A.

DATED this  31st  day of August, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3